# EXHIBIT A

# Allegheny County Department Of Court Records

## Civil/Family Division Docket Report

Run Date and Time: 1/11/2021 - 13:47:25

### GD-20-012327

Ziencik etal vs Snap Inc

**Filing Date:**
12/4/2020

**Related Cases:**

**Consolidated Cases:**

**Judge:**
No Judge

**Amount In Dispute:**
$ 0

**Case Type:**
Product Liability

**Court Type:**
General Docket

**Current Status:**
Proof of Service

**Jury Requested:**
Y

--Parties--

| LName | FName | MI | Type | Address | Initial Service Completion | Attorney |
|---|---|---|---|---|---|---|
| Ziencik | Bailey | | Plaintiff | | -- | Lee W. Davis |
| Ziencik | Kelly | | Plaintiff | | -- | Lee W. Davis |
| Wasson | Pascale | | Plaintiff | | -- | Lee W. Davis |
| Snap Inc. | | | Defendant | | -- | -- |

--Attorney--

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| Davis | Lee | W. | Plaintiff's Attorney | 5239 Bulter Street Suite 201 Pittsburgh PA 15201 | -- |

--Non Litigants--

| LName | FName | MI | Type | Address | Phone |
|---|---|---|---|---|---|
| No Litigants Found ||||||

--Docket Entries--

| Filing Date | Docket Type | Docket Text | Filing Party |
|---|---|---|---|
| 1/6/2021 | Proof of Service | | Bailey Ziencik |
| 12/4/2020 | Complaint | | Bailey Ziencik |
| 12/4/2020 | Exhibits | | Bailey Ziencik |

| --Alias Information-- | |
|---|---|
| SnapChat dba | |

| --Judgments Against-- | | |
|---|---|---|
| Name | Amount | Satisfied(Y,N) |
| No Judgments Found | | |

| --Events Schedule-- | | | |
|---|---|---|---|
| Event Scheduled | Event Date & Time | Room Number | Judge/Hearing Officer |
| No Information Found | | | |