JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAILEY ZIENCIK, et al., <br>         Plaintiffs, <br> v. <br> SNAP, INC. <br>         Defendant. | Case No. CV 21-7292 DMG (PDx) <br><br> **JUDGMENT** |

This Court having granted Defendant's motion to dismiss without prejudice and without leave to amend as to Plaintiffs' UCL, FAL, and CLRA claims, and with prejudice as to all other claims, thereby resolving all remaining issues and claims outstanding herein,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered in favor of Defendant Snap, Inc. and against Plaintiffs Bailey Ziencik, Kelly Ziencik, and Pascale Wasson, and that this action is dismissed on the merits.

DATED: January 22, 2024

                                              DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE